UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHNSON, | Case No.: 1:12-cv-02044-SAB (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO RESEND A COPY OF THE COURT'S DECEMBER 19, 2013, ORDER AND GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COURT'S ORDER |
| v. | |
| DR. SISODIA, et al., | |
| Defendants. | [ECF Nos. 14, 15] |

Plaintiff Anthony Johnson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 9, 2013, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and found that he stated a cognizable claim against Defendants Dr. Sisodia and Dr. Edgar for deliberate indifference to a serious medical need. However, Plaintiff's complaint did not state any other cognizable claims. Plaintiff was given the opportunity to file an amended complaint or notify the Court of his intent to proceed on the claim found to be cognizable. On December 10, 2013, the Court denied Plaintiff's motion for injunctive relief.

On December 19, 2013, Plaintiff filed a motion requesting the Court to resend a copy of the Court's December 9, 2013, order. The Court will grant Plaintiff's request and direct the Clerk of Court to resend Plaintiff a copy of the December 9, 2013, order.

1. On December 26, 2013, Plaintiff filed a motion requesting an extension of time to respond to the Court's December 9, 2013, screening order.

Good cause having been demonstrated to the Court,

IT IS HEREBY ORDERED that:

1. The Clerk of Court shall resend Plaintiff a copy of the Court's December 9, 2013, order; and
2. Plaintiff is granted thirty (30) days from the date of service of this order in which to file a response to the Court's December 9, 2013, order.

IT IS SO ORDERED.

Dated: **December 30, 2013**

UNITED STATES MAGISTRATE JUDGE