UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHNSON,<br><br>            Plaintiff,<br><br>     v.<br><br>DR. SISODIA, et al.,<br><br>            Defendants. | Case No.: 1:12-cv-02044-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE AN OPPOSITION OR STATEMENT OF NO OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL AND MOTION FOR EXTENSION OF DEADLINE TO AMEND THE PLEADINGS<br><br>[ECF Nos. 28, 29] |

Plaintiff Anthony Johnson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 16, 2014, Plaintiff filed a motion to compel discovery. (ECF No. 28.) On October 27, 2014, Plaintiff filed a motion to extend the time to amend the pleadings. (ECF No. 29.) To date, Defendants have not filed an opposition or statement of no opposition pursuant to Local Rule 230(l). Defendants' counsel was served electronically with the motions through the Court's CM/ECF system. Local Rule 135; Fed. R. Civ. P. 5.

///

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that within **twenty (20)** days from the date of service of this order, Defendants shall file an opposition or statement of no opposition to Plaintiff's pending motions.

IT IS SO ORDERED.

Dated: **November 22, 2014**

UNITED STATES MAGISTRATE JUDGE