UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. SISODIA, et al.,<br><br>　　　　　Defendants. | Case No.: 1:12-cv-02044-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY DEADLINE<br><br>[ECF No. 34] |

Plaintiff Anthony Johnson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 9, 2015, Plaintiff filed a motion to extend the discovery deadline. (ECF No. 34.) To date, Defendants have not filed an opposition or statement of non-opposition. Local Rule 230(l). Defendants' counsel was electronically served with the motion through the Court's CM/ECF system. Local Rule 135; Fed. R. Civ. P. 5.

On December 22, 2014, the Court granted Plaintiff's motion to compel discovery, and granted Defendants until January 16, 2015, to serve their responses to Plaintiff's outstanding discovery requests. (ECF No. 32.)

In his present motion, Plaintiff contends that Defendants have not submitted their responses to his discovery requests. In order to adequately address Plaintiff's pending motion to extend the

discovery deadline, the Court finds it necessary for Defendants to have a response to Plaintiff's motion.

Accordingly, IT IS HEREBY ORDERED that within **twenty (20)** days from the date of service of this order, Defendants shall file a response to Plaintiff's motion to extend the discovery deadline, filed February 9, 2015 (ECF No. 34).

IT IS SO ORDERED.

Dated:   **March 3, 2015**

UNITED STATES MAGISTRATE JUDGE