UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHNSON,<br><br>            Plaintiff,<br><br>    v.<br><br>DR. SISODIA, et al.,<br><br>            Defendants. | Case No.: 1:12-cv-02044-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE<br><br>[ECF No. 45] |

Plaintiff Anthony Johnson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 10, 2015, Plaintiff filed a motion for the case to be set for a settlement conference.

Within **thirty (30)** days from the date of service of this order, Defendants shall notify the Court whether they believe, in good faith, that settlement in this case is a possibility and whether they are interested in having a settlement conference scheduled by the Court.

IT IS SO ORDERED.

Dated:   **July 23, 2015**

UNITED STATES MAGISTRATE JUDGE

1