UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. SISODIA, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-02044-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EARLY SETTLEMENT<br><br>[ECF No. 45] |

　　Plaintiff Anthony Johnson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　Now pending before the Court is Plaintiff's request for the Court to refer this case to the pro se prisoner settlement conference program. Plaintiff's request must be denied as premature.

　　The Federal Rules of Civil Procedure authorize settlement discussions at any pretrial conference. Fed. R. Civ. P. 16(c)(I). While federal courts have the authority to require the parties to engage in settlement conferences, they have no authority to coerce settlements. <u>Goss Graphic Systems, Inc. v. DEV Industries, Inc.</u>, 267 F.3d 624, 627 (7th Cir. 2001).

///

///

///

///

1

1  Because Defendants filed a motion for summary judgment on the merits of his deliberate
2  indifference to a serious medical need on August 14, 2015, Plaintiff's motion for a settlement
3  conference is premature and is DENIED.

5  IT IS SO ORDERED.

6  Dated:   **August 27, 2015**

   UNITED STATES MAGISTRATE JUDGE